1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10  TYRONE SMITH,
11              Plaintiff
12       v.
13  HASSAIN SAHLOLBEI, et al.,
14              Defendants.
15
16
17

Case No. 5:14-cv-650-CJC (GJS)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended
19  Complaint and all pleadings, motions, and other documents filed in this action, the
20  Report and Recommendation of United States Magistrate Judge ("Report"), and
21  Plaintiff's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.
22  R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the
23  Report to which objections have been stated.
24      Nothing in the Objections affects or alters the analysis and conclusions set forth
25  in the Report. The Court accepts the findings and recommendations set forth in the
26  Report.
27      Accordingly, **IT IS ORDERED** that:
28

1     (1) the Second Amended Complaint is DISMISSED WITHOUT PREJUDICE; and

3     (2) Smith's motion to enter default judgment is DISMISSED AS MOOT.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: November 30, 2015      _____
                                              CORMAC J. CARNEY
                                              UNITED STATES DISTRICT JUDGE