# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE SMITH,<br><br>    Plaintiff<br><br>    v.<br><br>HASSAIN SAHLOLBEI, et al.,<br><br>    Defendants. | Case No. 5:14-cv-650-CJC (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: November 30, 2015        _____

                                          CORMAC J. CARNEY<br>                                          UNITED STATES DISTRICT JUDGE